UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK RODGERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:12CV1482 JCH |
| | ) | |
| DEXTER BRINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon its review of the record.  On September 3, 2013, the Court entered a Case Management Order in this matter.  (ECF No. 40).  As relevant here, the Order stated as follows:  "Any motion for class certification shall be filed on or before **November 1, 2013**."  Plaintiffs did not file a motion for class certification by the specified deadline.

On November 14, 2013, Plaintiffs filed a Request for Leave to File out of Time, requesting immediate leave to file their Motion for Class Certification.  (ECF No. 46).  Plaintiffs simultaneously filed their Motion for Class Certification.  (ECF No. 47).  Plaintiffs did not file a memorandum in support of their motion, however, as required by Local Rule 7-4.01(A).  The Court therefore will deny Plaintiffs' motion for leave to file out of time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Request for Leave to File out of Time (ECF No. 46) is **DENIED**.

Dated this  14th  Day of November, 2013.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE