## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date **1/5/15**   Judge **Hamilton**   Case No. **4:12cv01482 JCH**

**Rodgers et al**   v. **Brinson et al**

Court Reporter **Deth Lassmusa**   Deputy Clerk **K. Shirley**

Attorneys for Plaintiff(s) **Paul Sims**

Attorneys for Defendant(s) **Brent Dwolo**

Parties present for **Status Conf. Case Dismissal.**
**Order to follow.**

_____

_____

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

_____

_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced **3:00 pm**
Proceedings concluded **3:15 pm**