UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERRICK RODGERS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:12CV1482 JCH |
| | ) |
| DEXTER BRINSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the telephone status conference held this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs' Second Amended Complaint is **DISMISSED** without prejudice.

Dated this 5th Day of January, 2015.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE